No. 1348. LITTLEPAGE v. UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1364. TAYLOR v. UNITED STATES. C. A. 6th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1310. EDWARDS v. BRYAN ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 6635. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 1340. PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE STEWART, and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 1350. UNITED TRANSPORTATION UNION v. ILLINOIS CENTRAL RAILROAD Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 1351. INTERBORO CONTRACTORS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted.

No. 1356. FRANCO v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.